UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

JOHN HANCOCK LIFE INSURANCE
COMPANY (USA),

    Plaintiff,

v.                                            Case No: 5:16-cv-481-Oc-30PRL

BERTIE INEZ BUTLER, BETTY ROSE,
PATRICIA DOLES, NATALE J.
TRUNZO and SUSAN TRUNZO,

    Defendants.

## ORDER OF DISMISSAL

Before the Court is the Joint Stipulation for Dismissal With Prejudice (Dkt. #35). Upon review and consideration, it is

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed with prejudice, each party to bear their own attorney's fees and costs, except with regard to the cross-claims asserted, which are dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of January, 2017.

                                                JAMES S. MOODY, JR.
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record